IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGE WALKER IV,

    Petitioner,

v.                                      CASE NO. 1:12-cv-282-RH-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 20, the Court's Order denying Respondent's motion to dismiss the Petition as untimely and remanding the case to the undersigned for further proceedings. Upon due consideration, it is

**ORDERED AND ADJUDGED:**

1. Respondent shall file a response to the claims in the Petition on or before **July 21, 2014.**

2. Petitioner shall have until **August 20, 2014**, to file a reply, if desired.

**DONE AND ORDERED** this 20th day of May 2014.

                                         *s/ Gary R. Jones*
                                         GARY R. JONES
                                         United States Magistrate Judge